APPEAL Nos. 1255, 1256, 1257. WILLIAM R. KEEFE v. JOSEPH J. MCARDLE et al. DONALD J. ROWLEY v. JOSEPH J. MCARDLE et al. JOHN A. BLINKHORN v. JOSEPH J. MCARDLE et al. Motion of defendant to dismiss appeal of plaintiff in each case is granted without prejudice. Samuel A. Olevson, for plaintiffs. Higgins, Cavanagh & Cooney, Bruce G. Tucker, for defendants.

January 19, 1971.

entered on January 12, 1971 vacated and appeal in each case is reinstated. Defendants' motion to dismiss plaintiff's appeal in each case is denied without prejudice. *Samuel A. Olevson,* for plaintiffs. *Higgins, Cavanagh & Cooney, Bruce G. Tucker,* for defendants.